No. 81–6830. GADOMSKI *v.* COMMON PLEAS COURT OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6832. JOHNSON *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 81–6833. HAZEEM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6834. SANFORD *v.* LIPPMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6835. VETETO *v.* PAYNE. C. A. 11th Cir. Certiorari denied.

No. 81–6836. WADE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6837. JOHN *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 81–6840. SWINNEY *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–6841. YOUNG *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 81–6842. PAREZ *v.* HOGAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–6843. SMITH ET AL. *v.* SOWDERS, SUPERINTENDENT, KENTUCKY STATE PENITENTIARY. C. A. 6th Cir. Certiorari denied.

No. 81–6846. BUIE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 81–6847. HARRIS *v.* LEZAK. C. A. 9th Cir. Certiorari denied.